**In the Matter of William J. CHADWICK.**

**A Member of the Bar of the District of Columbia Court of Appeals.**

No. 83–1294.

District of Columbia Court of Appeals.

May 15, 1991.

Before BELSON and STEADMAN, Associate Judges, and PRYOR, Senior Judge.

ORDER

PER CURIAM.

On consideration of the joint motion for clarification of this court's opinion of January 31, 1991, 585 A.2d 798, it is

ORDERED that the motion is granted and this court's opinion of January 31, 1991, shall be amended as follows:

1. In footnote 3, on page 799 of the opinion, column 2, lines 1 and 2, add the word "actual" in front of the word "suspension".
2. Strike the last two sentences of footnote 4.